# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
05 MAR -9 PM 12:57

E-filing

CR 05 00146 CRB

UNITED STATES OF AMERICA,

V.

RICHARD JOHNSON

DEFENDANT.

## INDICTMENT

A true bill.

_____ Foreman

Filed in open court this __9th__ day of __March__.

KAREN L. HOM  Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ no bail arrest warrant

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
E-filing
05 MAR -9 PM 12:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Title 18, United States Code, Section 922(g)(1) - Felon in possession of a firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Imprisonment for not more than 10 years, $250,000 fine, not more than 3 years supervised release, and $100 mandatory special assessment

**DEFENDANT - U.S.**
▶ Richard Johnson

**DISTRICT COURT NUMBER**
CR 05 00146 CRB

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
SFPD/ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
KEVIN V. RYAN
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
Jeffrey Finigan

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☒ Awaiting trial on other charges  ☐ Fed'l  ☒ State

If answer to (6) is "Yes", show name of institution
San Francisco Co. Jail

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year  January 27, 2005

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

KEVIN V. RYAN (CSBN 118321)
United States Attorney

FILED
05 MAR -9 PM 12: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,         )  No. CR 05 0146 CRB
                                  )
    Plaintiff,                    )  VIOLATION: Title 18, United States
                                  )  Code, Section 922(g)(1) – Felon in
    v.                            )  Possession of a Firearm
                                  )
RICHARD JOHNSON,                  )
                                  )  SAN FRANCISCO VENUE
    Defendant.                    )
                                  )

INDICTMENT

The Grand Jury charges:

On or about January 27, 2005, in the Northern District of California, the defendant,

RICHARD JOHNSON,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as an Intratec,

///
///
///
///

INDICTMENT

1  Model AB-10, 9mm, semi-automatic pistol, in and affecting commerce, in violation of
2  Title 18, United States Code, Section 922(g)(1).

4  DATED: *March 9, 2005*                    A TRUE BILL.

                                              _____
                                              FOREPERSON

8  KEVIN V. RYAN
   United States Attorney

10 _____
   EUMI L. CHOI
11 Chief, Criminal Division

13
14 (Approved as to form: _____ )
                          AUSA Finigan

INDICTMENT                                    2