IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>               Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD JOHNSON, ) <br> ) <br>               Defendant. ) <br> ) | No. CR 05-0146 CRB <br><br> ORDER FOR COMPETENCY EXAMINATION (18 U.S.C. § 4241(a)) |

      Upon the motion of the defendant made pursuant to 18 U.S.C. § 4241(a), and for good cause appearing, IT IS HEREBY ORDERED that a hearing be held on December 13, 2006, at 2:15 p.m. to determine the defendant's mental competency. Based upon the proceedings in this case, the Court finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he may be unable to understand the nature and consequences of the proceedings against him and to assist properly in him own defense. 18 U.S.C. § 4241(a).

      IT IS FURTHER ORDERED that an evaluation of Mr. Johnson be conducted by a licensed or certified psychiatrist and/or psychologist in order to determine his mental competency pursuant to 18 U.S.C. § 4241(b). Accordingly, Mr. Johnson is committed to the custody of the Attorney General for placement in a suitable facility in order to conduct such an evaluation. The evaluation shall be conducted in a suitable facility closest to the Court. Further, the time of the commitment for purposes of conducting the examination shall not exceed thirty days, unless the

1  director of the facility applies for a reasonable extension, not to exceed fifteen days, upon a showing
2  of good cause.  18 U.S.C. §§ 4241(b), 4247(b).
3         IT IS FURTHER ORDERED that the examining psychiatrist(s) and/or psychologist(s)
4  prepare a report to be filed with the Court no later than December 6, 2006.  The report shall include:
5         (1)  the defendant's history and present symptoms;
6         (2)  a description of the psychiatric, psychological, and medical tests that were
7  employed and their results;
8         (3)  the examiners' findings;
9         (4)  the examiners' opinions as to diagnosis, prognosis, and whether the defendant is
10 suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is
11 unable to understand the nature and consequences of the proceedings against him or to assist
12 properly in his defense.  18 U.S.C. § 4247(c).
13     IT IS SO ORDERED.

15 DATED:  October 10, 2006    _____
16                             CHARLES R. BREYER
                                United States



- 2 -