KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) <br>                ) <br>      Plaintiff,     ) <br>                ) <br>   v.               ) <br>                ) <br> RICHARD JOHNSON,      ) <br>                ) <br>      Defendant.    ) <br>                ) | No. CR 05-00146 CRB <br><br> **UNITED STATES' [PROPOSED] ORDER TO UNITED STATES MARSHALS SERVICE TO PRODUCE DEFENDANT FOR COURT APPEARANCE** |

     The United States hereby requests that this Court order that the United States Marshals Service to produce the defendant for the defendant's next court appearance before this Court on January 3, 2007, at 2:15 p.m.

DATED:  December 19, 2006             Respectfully submitted,

                                 KEVIN V. RYAN
                                 United States Attorney

                           /s/_____
                                 JEFFREY FINIGAN
                                 Assistant United States Attorney

**ORDER**

Based upon the foregoing request, the Court hereby **ORDERS** the United States Marshals Service to produce the defendant for the defendant's next court appearance before this Court on January 3, 2007, at 2:15 p.m.

DATED:   December 20, 2006



_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

USMS Order
CR 05-00146 CRB                    2