KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00146 CRB |
|     Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| RICHARD JOHNSON, ) | **ORDER EXCLUDING TIME** |
|     Defendant. ) | |

    The above-captioned matter came before the Court on January 3, 2007, for status regarding the defendant's competency evaluation. The defendant was represented by Steven Kalar, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. Pursuant to Mr. Kalar's request, the matter was continued to January 10, 2007, at 2:15 p.m. in this Court for further proceedings.

    The Court made a finding that the time from and including January 3, 2007, through January 10, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

Time Exclusion
CR 05-00146 CRB

1  because the ends of justice served by taking such action outweighed the best interest of the public
2  and the defendant in a speedy trial.  The finding was based on the need for the defendant to have
3  reasonable time necessary for effective preparation, taking into account the exercise of due
4  diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).
5      The parties hereby agree to and request that the case be continued until January 10, 2007, and
6  that the exclusion of time until then be granted.  The parties agree and stipulate that the
7  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
8  because the ends of justice served by this continuance outweigh the best interest of the public and
9  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
10 prepare, taking into account the exercise of due diligence, and will provide for continuity of
11 counsel for the defendant.

13 DATED:   January 4, 2007            /s/
                                       DANIEL BLANK
14                                     Counsel for Richard Johnson

16
17 DATED:   January 3, 2007            /s/
                                       JEFFREY FINIGAN
                                       Assistant U.S. Attorney
18

19 So ordered.

20 DATED:  January 8, 2007
21                                     CHARLES R. BREYER
                                       UNITED STATES DISTRICT COURT JUDGE



Time Exclusion
CR 05-00146 CRB                        2