IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD JOHNSON,<br><br>　　　　　　Defendant. | No.  CR 05-00146 CRB<br><br>[PROPOSED] ORDER RE:<br>PSYCHOLOGIST ACCESS TO<br>CUSTODIAL FACILITIES |

　　　As part of competency proceedings, defense counsel for Mr. Johnson has retained Dr. Dale Watson to conduct an evaluation of the defendant Richard Johnson.

　　　This Court orders the United States Marshal, the Federal Bureau of Prisons, the Sheriff of Alameda County, and the staff at any custodial facility to permit Dr. Watson to conduct contact visits with the defendant for a competency evaluation. If necessary, Dr. Watson shall be permitted to bring a cassette recorder, a laptop computer (without wireless access or a modem), and testing materials into the contact visit. These items will be subject to inspection by officers at the custodial facility before they may be taken into a contact visit.

　　　IT IS SO ORDERED.

 February 12, 2007　　　　　　　　　　　　　　　　　　
DATED　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　United States District Judge

*Johnson*, CR 05-00146 CRB
ORD. RE: DR. WATSON CONTACT VISITS