IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>RICHARD JOHNSON,<br><br>           Defendant. | No. CR 05-00146 CRB<br><br>[PROPOSED] STIPULATED ORDER RE: COMPETENCY STATUS HEARING<br><br>**Hearing Date:** Wednesday, February 28, 2007 at 2:15 pm |

    The parties are scheduled to appear before this Court on Wednesday, February 28, 2007 for a status hearing on Mr. Johnson's competency. In this stipulated order, counsel for Mr. Johnson represents that he is still in the process of retrieving mental health and social history documents relating to Mr. Johnson. In addition, defense counsel has retained a psychologist to evaluate the defendant: that process has just begun.

    The parties will be prepared to report back before this Court on February 28 to report on the progress of these evaluations and on the status of the competency evaluations. The defense does not anticipate, however, that it will be prepared to proceed with an evidentiary hearing on that date, should one be necessary.

    To clarify that the February 28th appearance is a status hearing, and to avoid unnecessary travel for the government's mental health witnesses, the parties request that this Court confirm that the

*Johnson*, 05-00146 CRB
ORD. RE: COMPETENCY HEARING

February 28th hearing is a status appearance, and that the Court will not be conducting an evidentiary hearing on that date.

Therefore, for good cause shown the Court directs the parties to report on the status of the defendant's competency evaluation on February 28. The Court will not conduct an evidentiary hearing on that date, and the parties shall not subpoena witnesses to appear at this hearing.

IT IS SO ORDERED.

__February 13, 2007_____   _____
DATED                                    CHARLES R. BREYER
                                         United States District Judge

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" signed Judge Charles R. Breyer]*

IT IS SO STIPULATED.

_____                   _____
DATED                                    KEVIN V. RYAN
                                         United States Attorney
                                         Northern District of California
                                         JEFFREY FINIGAN
                                         Assistant United States Attorney


__February 8, 2007__                     __/s_____
DATED                                    BARRY J. PORTMAN
                                         Federal Public Defender
                                         Northern District of California
                                         STEVEN G. KALAR
                                         Assistant Federal Public Defender